USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________No. 97-2143  MARIA ROSENTHAL, Plaintiff, Appellant, v. LARRY E. BANKS, ADMINISTRATIVE APPEALS JUDGE OF DEPARTMENT OF HEALTH AND HUMAN SERVICES, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Joseph L. Tauro, U.S. District Judge] ____________________ Before Boudin, Circuit Judge, Coffin, Senior Circuit Judge, and Lynch, Circuit Judge. ____________________ Maria Rosenthal on brief pro se. Donald K. Stern, United States Attorney, and Michael J. Pineault,Assistant United States Attorney, on brief for appellee. ____________________ APRIL 28, 1998 ____________________ Per Curiam. We have reviewed the record in this case, including the briefs of the parties. We affirm the decision of the district court essentially for the reasons given in its memorandum, dated August 27, 1997. Affirmed.